# CHÂTEAU JULIEN®
### WINE ESTATE

June 10, 2014

United States Bankruptcy Court
David J. Bradley, Clerk of the Court
515 Rusk
First Floor,
Houston, Texas   77002

United States District Court
Southern District of Texas
FILED

JUN 1 7 2014

David J. Bradley, Clerk of Court

Re:  Case No 12-32645-H4-7
Adversary No. 14-3196

Dear Mr. Bradley:

    I am receipt of your Summons in reference to Horizon Wines, Inc. Your statement that payments were made for goods and services previously shipped to the Debtor is not supported by the facts of an invoice or document referring to any goods. We have reviewed our records and find no open invoices from Horizon Wines, Inc. All payments that were made were in the ordinary course of business.

    As an offer of good faith and to settle this matter, we offer a settlement amount of $2,500.00. We have copied the plaintiff's attorney in this matter.

Sincerely,

Robert Brower, President

CC:
Vianey Garza
5851 San Felipe, Suite 950
Houston, Texas   77057