

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/25/2014

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-32645-H4-7 |
| | § | |
| HORIZON WINES, INC. | § | (Chapter 7) |
| | § | |
| Debtor | § | |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH CHATEAU JULIEN, INC.
(Relates to Docket #128)
(Relates to Adversary No. 14-3196)

CAME ON for consideration the *Motion to Compromise Controversy with Chateau Julien, Inc.* (the "Motion") filed by Lowell T. Cage, Trustee ("Trustee") requesting authority to settle the estate's claims against Chateau Julien, Inc. ("Julien"), and this Court, after reviewing the record, is of the opinion that the relief requested should be granted; it is therefore

ORDERED THAT

1. The Motion is GRANTED.

2. The Trustee is hereby authorized to settle the estate's claims against Julien.

3. The Trustee is hereby authorized to release any and all claims the estate has against Julien.

4. Within 10 (ten) days of entry of this order Julien shall pay $2,500.00 to the Trustee.

5. Any and all claims held by Julien against the estate are waived.

6. Upon payment of the funds, the Trustee releases any and all claims the estate may have against Julien and shall dismiss the adversary proceeding with prejudice.

7. The Trustee is authorized to execute all documents needed to consummate settlement of the estate's claim against Julien.

Signed this 24th day of July, 2014

---

JEFF BOHM
CHIEF UNITED STATES BANKRUPTCY JUDGE

Agreed:

CAGE, HILL & NIEHAUS, L.L.P.
ATTORNEYS FOR LOWELL T. CAGE, TRUSTEE

---

Vianey Garza
State Bar No. 24083057
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
vgarza@cagehill.com

CHATEAU JULIEN

---

Robert Brower, President
8940 Carmel Valley Rd.
Carmel, CA 93923
Telephone: (831) 624-2600

Signed this ___ day of _____, 2014

_____
JEFF BOHM
CHIEF UNITED STATES BANKRUPTCY JUDGE

Agreed:

CAGE, HILL & NIEHAUS, L.L.P.
ATTORNEYS FOR LOWELL T. CAGE, TRUSTEE

*/s/ Vianey Garza*
Vianey Garza
State Bar No. 24083057
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: (713) 789-0500
vgarza@cagehill.com

CHATEAU JULIEN

*/s/ Robert Brower*
Robert Brower, President
8940 Carmel Valley Rd.
Carmel, CA 93923
Telephone: (831) 624-2600

- 2 -